

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com

January 9, 2019

**VIA CM/ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>TSR, Inc. v. Zeff Capital, L.P., et al.</u>, **No. 1:18-cv-12124-KPF**

Dear Judge Failla:

    We are counsel for Defendants Zeff Capital, L.P., Zeff Holding Company, LLC, and Daniel Zeff (collectively, the "Zeff Defendants") in the above-referenced action. We respectfully submit this letter pursuant to Section 2(E) of Your Honor's Individual Rules of Practice in Civil Cases to request a 14-day extension of time to file a response to the complaint filed in this action. This would extend the Zeff Defendants' time to respond to the complaint from January 18, 2019 to February 1, 2019. No previous requests for an extension have been sought, and counsel for Plaintiff has consented to this request. The Zeff Defendants seek this extension because the complaint was served at the end of December when Defendants' counsel had previously scheduled commitments to be away until early January for the holidays.

    Respectfully submitted,

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    <u>*s/ Sheryl Shapiro Bassin*</u>
    Sheryl Shapiro Bassin

cc:    All Counsel of Record (via CM/ECF)